THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DJOKHONGIR (JOHN) AZIZOV, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:15-CV-684 |
| | § | |
| ASI LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT ASI LLOYDS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant ASI Lloyds, hereby removes the action styled and numbered *Djokhongir (John) Azizov v. ASI Lloyds*, Cause No. 219-03619-2015, pending in the 219th Judicial District Court in Collin County, Texas to the United States District Court for the Eastern District of Texas, Sherman Division. For the reasons set forth below, removal of the state court action is proper under 28 U.S.C. §§ 1332, 1441, and 1446.

### I.   THE STATE COURT ACTION

1. On September July 3, 2015, Plaintiff Djokhongir (John) Azizov ("Azizov") filed his Original Petition in the 219th Judicial District Court in Collin County, Texas – Cause No. 219-03619-2015.

2. Azizov's Original Petition alleges causes of action against ASI for Breach of Contract, Prompt Payment of Claims Statute (Texas Insurance Code Chapter 542), and Bad Faith/DTPA (Texas Insurance Code Chapter 541 and Texas Business and Commerce Code Chapter 17).

### II.   ASI'S NOTICE OF REMOVAL IS TIMELY

3. ASI was served with the petition and citation on September 11, 2015. Accordingly, ASI files this Notice of Removal within the 30-day time period required by 28

U.S.C. § 1446(b).

### III. VENUE IS PROPER

4. Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the action has been pending is located in this district.

### IV. BASIS FOR REMOVAL JURISDICTION

5. Removal of this action is proper under 28 U.S.C. § 1441 because it is a civil action brought in a state court and the federal courts have original jurisdiction over the subject matter pursuant to 28 U.S.C. § 1332. Specifically, removal is proper because there is now, and was at the time this action was filed, complete diversity of citizenship between Azizov and ASI and the amount in controversy exceeds $75,000 excluding interest, costs, and attorney's fees.

6. Azizov is a Texas resident who resides in Denton County, Texas.

7. ASI was at the time this lawsuit was filed, and at the date of this Notice remains, an association of underwriters. The individual underwriters are as follows: Tanya J. Fjare, Trevor C. Hillier, Kevin R. Milkey, Gregory E. Stewart, John F. Auer, Jr., Robert K. Munns, Jr., Edwin L. Cortez, Mary F. Bacon, Antonio Scognamiglio, and Philip L. Brubaker. Each of these underwriters is a citizen of the State of Florida. The United States Supreme Court has held that an unincorporated association's citizenship is determined by the citizenship of each of its partners.[1] Therefore, ASI is not a citizen of the State of Texas.

8. Accordingly, there is now, and was at the time this action was filed, complete diversity of citizenship between Azizov and ASI.

---

[1] *See Smith v. Allstate Texas Lloyds,* No. 4:12cv486, 2012 WL 7827609 at *2 (E.D. Tex. Dec. 21, 2012) (recognizing that this has been a consistent view of the United States Supreme Court for over 100 years); *Carden v. Arkoma Assocs.,* 494 U.S. 185, 195-96 (1990).

## V. AMOUNT IN CONTROVERSY

9. If it is facially apparent that Azizov's claims exceed the jurisdictional amount, ASI's burden is satisfied.[2]

10. In his Original Petition, Azizov seeks monetary relief over $100,000.[3]

11. Thus, it is facially apparent that Azizov's claims exceed the jurisdictional minimum of $75,000.01.

12. Because there is complete diversity among the parties and the amount in controversy requirement is satisfied, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a). Removal is therefore proper.

## VI. COMPLIANCE WITH LOCAL RULE CV-81

13. Pursuant to Rule CV-81 of the Local Rules of the Eastern District of Texas, ASI is filing this Notice of Removal, accompanied by the following exhibits:

   a. A list of all parties in the case, their party type, and current status of the removed case, attached hereto as ***Exhibit A***

   b. A civil cover sheet, attached hereto as ***Exhibit B***

   c. A copy of the state court docket sheet, attached hereto as ***Exhibit C***

   d. A copy of Azizov's Original Petition, attached hereto as ***Exhibit D***

   e. A copy of ASI's Original Answer, attached hereto as ***Exhibit E***

   f. All executed process and orders served on ASI, attached hereto as ***Exhibit F***

   g. A list of attorneys involved in the action, attached hereto as ***Exhibit G***

   h. A record of which parties have requested trial by jury, attached hereto as ***Exhibit H***

---

[2] *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1999).

[3] *See* **Exhibit D**, Azizov's Original Petition at p.2, §III, ¶4.

    i.  The name and address of the court from which the case is being removed, attached hereto as ***Exhibit I***

## VII. CONCLUSION

14. ASI will promptly file a copy of this Notice of Removal with the clerk of the state court where the action is pending.

15. Therefore, ASI hereby provides notice that this action is duly removed.

Respectfully submitted,

By: */s/ Todd M. Tippett*
Todd M. Tippett
State Bar No. 24046977
TTippett@zelle.com
LEAD ATTORNEY

Andrew A. Howell
State Bar No. 24072818
AHowell@zelle.com

**Zelle Hofmann Voelbel & Mason LLP**
901 Main Street, Suite 4000
Dallas, TX 75202
Telephone: (214) 742-3000
Facsimile: (214) 760-8994

**ATTORNEYS FOR DEFENDANT
ASI LLOYDS**

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing Notice of Removal has been served on all the following counsel of record by electronic filing pursuant to the FEDERAL RULES OF CIVIL PROCEDURE on this 6th day of October, 2015:

    Richard D. Daly
    Texas Bar No. 00796429
    rdaly@dalyblack.com
    John Scott Black
    Texas Bar No. 24012292
    jblack@dalyblack.com
    Ana M. Ene
    Texas Bar No. 24076368
    aene@dalyblack.com
    William X. King
    Texas Bar No. 24072496
    wking@dalyblack.com
    **DALY & BLACK, P.C.**
    2211 Norfolk St., Suite 800
    Houston, Texas 77098
    (713) 655-1405 – phone
    (713) 655-1587 – fax

    **ATTORNEYS FOR PLAINTIFF**
    **DJOKHONGIR (JOHN) AZIZOV**

                                            */s/ Todd M. Tippett*
                                                Todd M. Tippett